JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD R. LAWLESS,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 5:22-cv-01700-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Defendant's Motion to Dismiss [ECF Nos. 22 & 26]; Plaintiff's Motion to Add Due Process Violations [ECF No. 32]; Plaintiff's Motion for Rule 11 Sanctions [ECF No. 33]; Plaintiff's *Ex Parte* Motion for Injunctive Relief [ECF No. 50]; and Plaintiff's Motion for Leave to Amend [ECF No. 55]" entered substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendant The United States of America shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Richard R. Lawless. Plaintiff Richard R. Lawless shall take nothing by way of his Complaint. This action is **DISMISSED**.

2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 23, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE